**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2233**

_____

MINH VU HOANG,

        Debtor - Appellant,

THANH HOANG,

        Debtor,

     v.

GARY A. ROSEN,

        Trustee – Appellee,

     and

U.S. TRUSTEE, Greenbelt, 11,

        Trustee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District Judge.  (8:12-cv-03184-DKC; 05-21078)

_____

Submitted:  February 20, 2014    Decided:  February 25, 2014

_____

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Minh Vu Hoang, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Minh Vu Hoang appeals the district court's order affirming the bankruptcy court's orders granting the trustee's turnover motion and denying her motion in limine to exclude certain expert testimony.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Hoang v. Rosen</u>, No.  8:12-cv-03184-DKC (D. Md. filed Sept. 6, 2013, and filed Oct. 6, 2013).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3